UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 24-15536-CLC
CHAPTER 13

**Kimberly Trinia Gilcrease Johnson,**
  Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2020-RP2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
13010 Morris Rd. Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

By: /s/Giselle Velez
    Giselle Velez
    Email: gvelez@raslg.com

## **CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY** that on June 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KIMBERLY TRINIA GILCREASE JOHNSON
2371 NW 87 ST
MIAMI, FL 33147

And via electronic mail to:

JOSE A. BLANCO, P.A.
102 E 49TH ST
HIALEAH, FL 33013

NANCY K. NEIDICH
WWW.CH13MIAMI.COM
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130

                                                    By: /s/ Amanda Nelson